1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Craig Dwayne Knights
6

7
                **UNITED STATES DISTRICT COURT**
8               **CENTRAL DISTRICT OF CALIFORNIA**
                      **WESTERN DIVISION**
9

10

11 | CRAIG DWAYNE KNIGHTS,           | ) | Case No.: 2:13-cv-03678-GW-PJW |
   |                                  | ) |                                 |
12 |         Plaintiff,              | ) | ORDER OF DISMISSAL AND          |
   |                                  | ) | JUDGMENT                        |
13 |    vs.                          | ) |                                 |
14 | CAROLYN W. COLVIN, Acting       | ) |                                 |
   | Commissioner of Social Security,| ) |                                 |
15 |                                  | ) |                                 |
16 |         Defendant.              | ) |                                 |

17

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.  This constitutes the judgment in this case.
20
       IT IS SO ORDERED.
21 DATE:  December 3, 2013      _____
                                 THE HONORABLE PATRICK J. WALSH
22                               UNITED STATES MAGISTRATE JUDGE
23

24

25

26

                                   -1-